176 So.2d 450

**Dr. B. D. MOORING, Jr., et al.**

**v.**

**Lynn R. POMEROY, Sr., et al.**

**No. 47817.**

July 2, 1965.

In re: B. D. Mooring, Jr., and Allstate Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 175 So. 2d 435.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

176 So.2d 450

**CITY OF MONROE**

**v.**

**Georgia NASTASI et al.**

**No. 47826.**

July 2, 1965.

In re: City of Monroe applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 175 So.2d 681.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

SANDERS, J., is of the opinion that a writ should be granted.